FILED: May 11, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-4274
(5:15-cr-00172-F-16)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

JANICE MARIE SMITH

      Defendant - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of North Carolina at Raleigh |
| Originating Case Number | 5:15-cr-00172-F-16 |
| Date notice of appeal filed in originating court: | 05/10/2016 |
| Appellant (s) | Janice Marie Smith |
| Appellate Case Number | 16-4274 |
| Case Manager | Ashley B. Webb<br>804-916-2704 |